# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST NORTHERN BANK & TRUST COMPANY, FORMERLY THE FIRST NATIONAL BANK OF PALMERTON,<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA (INTERNAL REVENUE SERVICE),<br><br>Defendant | CIVIL ACTION NO. 3:13-CV-01446<br><br>(MEHALCHICK, M.J.) |

## ORDER

AND NOW, this 20th day of June, 2014, for the reasons set forth in the Memorandum filed concurrently herewith, it is hereby ORDERED as follows:

1. Plaintiff's motion for summary judgment (Doc. 16) is **DENIED**.

2. Defendant's motion for summary judgment (Doc. 17) is **GRANTED**.

3. Judgment is entered in favor of the Defendant.

4. The Clerk of Court is directed to close this case.

**Dated: June 20, 2014**

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**